# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES RIVER GROUP, INCORPORATION,<br><br>    Defendant. | Case No.: 2:22-cv-00186-RFB-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than May 31, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: May 24, 2022

_____
Nancy J. Koppe
United States Magistrate Judge