# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA WILLIAMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES RIVER GROUP, INCORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-00186-RFB-NJK<br><br>**Order**<br><br>[Docket No. 18] |

Pending before the Court is the parties' proposed discovery plan.  Docket No. 18.  The parties ask the Court to grant a 225-day discovery period; however, the parties fail to comply with the Court's local rules for special scheduling.  *See* Local Rule 26-1(a).  Accordingly, the discovery plan is **DENIED** without prejudice.  Docket No. 18.  An amended discovery plan must be filed by June 8, 2022.

　　　　IT IS SO ORDERED.

　　　　Dated: June 1, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1