1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA WILLIAMS, an individual, | CASE NO.: 2:22-cv-00186-RFB-NJK |
| Plaintiff, | |
| vs. | **ORDER GRANTING** <br> **NOTICE OF DISSASSOCIATION OF** |
| JAMES RIVER GROUP, INCORPORATION d/b/a JAMES RIVER INSURANCE COMPANY, a corporation; DOE EMPLOYEES I-V and ROE COMPANIES I-V, | **COUNSEL AND REQUEST FOR** <br> **REMOVAL DROM ELECTRONIC** <br> **SERVICE** |
| Defendants. | |

**TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND TO THIS COURT:**

NOTICE IS HEREBY GIVEN that this Notice of Disassociation is being submitted to inform the Court, parties, and counsel, that the following attorney is no longer associated with the Van Law Firm and is not representing Plaintiff in this matter. Please remove him from the service list:

/ / /
/ / /

1

Zachary Balkin, Esq.
Nevada Bar No. 15687
Van Law Firm
Las Vegas, NV 89146
Telephone: (725) 900-9000 Telephone
Facsimilie: (702) 800-4662 Facsimile
Email: zachary@vanlawfirm.com

Sandy Van, Esq. will be the Lead Attorney, and Burke L. Huber, Esq. will be the Secondary Attorney to be Noticed on this file.

DATED this 31st day of May, 2022.

          Respectfully Submitted,

          **VAN LAW FIRM**

            /s/ *Sandy Van*
          SANDY VAN, ESQ.
          Nevada Bar No. 10785
          BURKE L. HUBER, ESQ.
          Nevada Bar No. 10902
          1290 S. Jones Blvd.
          Las Vegas, NV 89146
          (725) 900-9000 Telephone
          (702) 800-4662 Facsimile
          sandy@vanlawfirm.com
          burke@vanlawfirm.com
          *Attorneys for Plaintiff*
          *Laura Williams*

**IT IS SO ORDERED.**

Dated: June 1, 2022.

_____
Nancy J. Koppe
United States Magistrate Judge

2