# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA WILLIAMS,<br><br>    Plaintiff(s),<br><br>v.<br><br>JAMES RIVER GROUP, INCORPORATION, et al.,<br><br>    Defendants. | Case No. 2:22-cv-00186-RFB-NJK<br><br>**Order**<br><br>[Docket No. 21] |

Pending before the Court is the parties' second proposed discovery plan. Docket No. 21. The first discovery plan was denied for failing to comply with the local rules. Docket No. 19. The second try is not much better.

The Court begins with the most basic problem: the parties seek an extended discovery period, Docket No. 21 at 2, but have not provided any reason whatsoever to justify that request, Local Rule 26-1(b)(1) (parties seeking an extended discovery period must, *inter alia*, provide "a statement of the reasons why longer or different time periods should apply to the case").

There are other problems, too. The second proposed discovery plan evidences a lack of understanding of the local rules. For example, it seeks a deadline for an interim status report, even though the local rules no longer require such a deadline. As another example, it includes numerous references to "Local Rule 26-1**(e)**," which simply does not exist in the local rules.[1] The Court hereby **ORDERS** all counsel of record to carefully read through Local Rule 26-1 and to file a declaration confirming they have done so by June 9, 2022.

Lastly, the second proposed discovery plan is rife with errors. In addition to those identified above and as examples, the caption provides the wrong initials for the assigned district

---

[1] The second proposed discovery plan also provides a signature block for judicial approval beginning on a separate page in contravention to Local Rule IA 6-2.

judge and the signature block lists two separate law firms for defense counsel.  Moving forward, counsel must carefully review their submissions before filing them with the Court.

Accordingly, the second proposed discovery plan is **DENIED** without prejudice.  An amended discovery plan that complies with the local rules must be filed by June 10, 2022.

IT IS SO ORDERED.

Dated: June 6, 2022

Nancy J. Koppe
United States Magistrate Judge