JEFFREY W. SAAB, ESQ.
Nevada State Bar No. 11261
MELISSA INGLEBY, ESQ.
Nevada State Bar No. 12935
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
jsaab@bremerwhyte.com
mingleby@bremerwhyte.com

Attorneys for Defendant,
JAMES RIVER INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA WILLIAMS, | Case No. 2:22-cv-00186-RFB-NJK |
| Plaintiff, | **NOTICE OF ASSOCIATION AND DISASSOCIATION OF COUNSEL** |
| vs. | |
| JAMES RIVER GROUP, INCORPORATION d/b/a JAMES RIVER INSURANCE COMPANY, a corporation; DOE EMPLOYEES I-V and ROE COMPANIES I-V, | |
| Defendant. | |

**TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that JARED G. CHRISTENSEN, ESQ., Nevada State Bar No. 11538, and CARYN R. SCHIFFMAN, ESQ., Nevada State Bar No. 14610, of the law firm of Bremer, Whyte, Brown, & O'Meara, LLP are no longer associated with this matter. Please remove them from your service list.

Please also take notice that JEFFREY W. SAAB, ESQ., Nevada State Bar No. 11261, of the law firm of Bremer, Whyte, Brown, & O'Meara, LLP, hereby associates in place of and stead of JARED G. CHRISTENSEN, ESQ., AND CARYN R. SCHIFFMAN, ESQ., as the attorney of record. Please update your service list

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1356.411 4872-4539-2421.1

1 | accordingly.

2 | Dated: June 17, 2022	BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Jeffrey W. Saab, Esq.
Nevada State Bar No. 11261
Melissa Ingleby, Esq.
Nevada State Bar No. 12935
Attorneys for Defendant
JAMES RIVER INSURANCE COMPANY

IT IS SO ORDERED.
Dated: June 22, 2022
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

2

1356.411  4872-4539-2421.1