SANDY VAN, ESQ.
Nevada Bar No. 10785
BURKE L. HUBER, ESQ.
Nevada Bar No. 10902
**VAN LAW FIRM**
1290 S. Jones Blvd.
Las Vegas, NV 89146
sandy@vanlawfirm.com
burke@vanlawfirm.com
*Attorneys for Plaintiff Laura Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA WILLIAMS, an individual, | CASE NO.  2:22-cv-00186-REFB-NJK |
| Plaintiff, | |
| vs. | |
| JAMES RIVER GROUP, INCORPORATION d/b/a JAMES RIVER INSURANCE COMPANY, a corporation; DOE EMPLOYEES I-V and ROE COMPANIES I-V, | |
| Defendants. | |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by the above-named parties, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.  Each party will bear their own costs and attorneys' fees.

| | |
|---|---|
| Dated December 27, 2022<br>**VAN LAW FIRM** | Dated December 27, 2022<br>**BREMER WHYTE BROWN & O'MEARA LLP** |
| /s/ Burke Huber<br>SANDY VAN, ESQ.<br>Nevada Bar No. 10785<br>BURKE L. HUBER, ESQ.<br>Nevada Bar No. 10902<br>**VAN LAW FIRM**<br>1290 S. Jones Blvd.<br>Las Vegas, NV 89146<br>sandy@vanlawfirm.com<br>burke@vanlawfirm.com<br>*Attorneys for Plaintiff Laura Williams* | /s/Jeffrey Saab<br>JEFFREY W. SAAB, ESQ.<br>Nevada State Bar No. 11261<br>**BREMER WHYTE BROWN & O'MEARA LLP**<br>1160 N. Town Center Drive, Suite 250<br>Las Vegas, Nv 89144<br>jsaab@bremerwhyte.com<br>*Attorneys for Defendant James River Insurance Company* |

# ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-entitled action be **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all trial and/or hearing dates are hereby **VACATED**.

_____
UNITED STATES DISTRICT JUDGE

DATED:  December 28, 2022

Submitted By:

DATED this 27th day of December 2022.

   /s/ Burke Huber
BURKE L. HUBER, ESQ.
Nevada Bar No. 10902
**VAN LAW FIRM**
1290 S Jones Boulevard
Las Vegas, NV 89146
(725) 900-9000 Telephone
(702) 800-4662 Facsimile
burke@vanlawfirm.com
*Attorneys for Plaintiff*



Ruth Ayala <ruth@vanlawfirm.com>

## RE: Laura Williams v James River Group- 2:22-cv-00186-REFB-NJK- Stip for Dismissal
1 message

**Jeffrey W. Saab** <jsaab@bremerwhyte.com>                                    Tue, Dec 27, 2022 at 9:54 AM
To: Ruth Ayala <ruth@vanlawfirm.com>
Cc: "Jeffrey W. Saab" <jsaab@bremerwhyte.com>, Kay Agustin <kagustin@bremerwhyte.com>, Camila Alvarez <calvarez@bremerwhyte.com>

Hi Ruth,

Looks good. You can use my esignature.

Happy Holidays!

Jeff


**Jeffrey W. Saab**
Bremer Whyte Brown & O'Meara, LLP
1160 N. Town Center Drive Suite 250
Las Vegas, NV 89144
e: jsaab@bremerwhyte.com
d: 725.210.8803
t: 702.258.6665
f: 702.258.6662
www.bremerwhyte.com



**From:** Ruth Ayala <ruth@vanlawfirm.com>
**Sent:** Thursday, December 22, 2022 3:18 PM
**To:** Jeffrey W. Saab <jsaab@bremerwhyte.com>; Caryn R. Schiffman <cschiffman@bremerwhyte.com>
**Subject:** Laura Williams v James River Group- 2:22-cv-00186-REFB-NJK- Stip for Dismissal


*** This is an external email ***

Hello, Please let us know if we are authorized to use your electronic signature on the Stipulation and Order for Dismissal with Prejudice (attached hereto for your convenience). Thank you.


--